## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:94-cr-14-DBH-02 |
| | ) | |
| EUGENE M. MARTIN, | ) | |
| Defendant | ) | |

## PROCEDURAL ORDER

Since the defendant has completed his entire Maine sentence, the prior orders issued by the Court on September 1, 2011, are **Moot**. The defendant is still free to seek relief from his current sentence in the District that imposed it.

**So Ordered.**

Dated this 15th day of September, 2011

_____
D. Brock Hornby
United States District Judge